## ROGERS *v.* RICHMOND, WARDEN.

No. 755, Misc.   Decided June 16, 1958.

*Louis H. Pollak* for petitioner.

*Abraham S. Ullman* for respondent.

PER CURIAM.

The petition for writ of certiorari is denied.   We read the opinion of the Court of Appeals as holding that while the District Judge may, unless he finds a vital flaw in the State Court proceedings, accept the determination in such proceedings, he need not deem such determination binding, and may take testimony.   See *Brown* v. *Allen,* 344 U. S. 443, 506, *et seq.*